**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Victor Coronado v. The State of Texas

Appellate case number:   01-14-00161-CR

Trial court case number:  1408703

Trial court:                     183rd District Court of Harris County

Appellant, Victor Coronado, pleaded guilty to the offense of unauthorized use of a motor vehicle. The trial court found appellant guilty and assessed punishment at confinement for three years. Proceeding *pro se*, appellant filed a notice of appeal of the judgment of conviction. On July 21, 2015, this Court dismissed the appeal for want of jurisdiction. Appellant has filed (1) a motion to dismiss his appeal, (2) a request to withdraw his appeal, and (3) an additional motion seeking dismissal of his appeal and requesting to withdraw his appeal. Because this Court has already dismissed the appeal, we dismiss as moot appellant's motions to dismiss his appeal and request to withdraw his appeal.

It is so ORDERED.

Judge's signature:    _/s/ Terry Jennings_
                                ☑ Acting individually      ☐ Acting for the Court

Date:  August 25, 2015